**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CHRISTOPHER FARRIS,

        Plaintiffs,

v.                                                         Case No. 5:12-cv-279-Oc-32TBS

DIROMIO, INC.,

        Defendant.
_____

## **ADA SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure (Rule(s)), the Court finds it necessary to implement a schedule tailored to meet the particular circumstances of this case. Therefore, consistent with the just, speedy and inexpensive determination of this case (Rule 1) it is,

**ORDERED** that the provisions of Rule 26(a)(1) and Local Rule 3.05 concerning the initial disclosures and filing of a case management report are hereby waived. Instead, the parties shall comply with the following schedule:

    1.    Within 15 days from the date of this Order, Plaintiff shall answer, under oath, the Court's Interrogatories, attached hereto as Exhibit A, serve a copy on Defendant, and file the Answers with the Court titled as a "Notice of Filing Court Interrogatories."

    2.    Within 30 days from the date of service of process, Defendant shall permit Plaintiff's counsel and Plaintiff's expert reasonable access to inspect that portion of the Defendant's facility which Plaintiff claims to be non-compliant.

3.     Within 45 days thereafter, Plaintiff shall provide Defendant with a copy of any expert report upon which Plaintiff intends to rely, consistent with the provisions of Rule 26(a)(2). Said report shall specifically address the deficiencies alleged and the proposed remediation required.

4.     Defendant shall have 45 days thereafter to serve a written response, including any Rule 26(a)(2) expert report that Defendant intends to rely upon.

5.     Within 30 days following the submission of Defendant's written response, the parties shall mediate this dispute, before a mediator of their choice. If they cannot agree upon a mediator, the Court will appoint one for them.

6.     Until further Order of this Court, all discovery in these cases (except as provided herein) is **STAYED**.

7.     The parties shall notify the Court within 20 days after the mediation conference as to whether they have reached a settlement. If settlement is not achieved within the time frame set forth herein, the parties shall immediately file a Case Management Report[1] signed by counsel for all parties. The filing of the Case Management Report shall operate to immediately lift the stay of discovery.

8.     If the parties reach a settlement, the settlement agreement should contain, if possible, an agreement concerning costs and attorney's fees. If the parties are unable to agree, the Court will reserve jurisdiction to determine that issue. If the parties wish the Court to enter a consent judgment, be advised that the Court will not approve or reserve jurisdiction to enforce a confidential settlement agreement, absent a showing of good cause.

---

[1]The CMR form is available online at http://www.flmd.uscourts.gov, then select Judicial Information, District Judges, then select the District Judge assigned to the case.

9. Due to the volume of these cases, the Court expects strict adherence to these deadlines. Nevertheless, either party, for good cause shown, may move to alter this schedule should circumstances truly warrant modification.

10. Plaintiff shall serve a copy of this Order on Defendants along with the Complaint.

**DONE** and **ORDERED** in Jacksonville, Florida, this 20th day of June, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party

**EXHIBIT A**
**COURT'S INTERROGATORIES TO INDIVIDUAL PLAINTIFF(S)**

1. Residence address.

2. Name of current employer and place of employment.

3. Date(s) and time(s) that you visited the facility.

4. Purpose of your visit(s) and duration of your stay(s).

5. Did anyone else accompany you?  If so, who?

6. Describe the nature of your disability.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility. Did you take notes or make a contemporaneous record of these barriers?  If so, please attach a copy to these Answers.

8. Please list any other Title III cases in which you have been a party in this District.

_____
Plaintiff

STATE OF FLORIDA
COUNTY OF _____

BEFORE ME, the undersigned authority, on this day, personally appeared _____, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this _____ day of _____, 2011.

NOTARY PUBLIC

Notary Stamp

_____
Signature of Person Taking Acknowledgment
Print Name:
Title: Notary Public
Serial No. (If any):
Commission Expires:

**COURT'S INTERROGATORIES TO CORPORATE PLAINTIFF(S)**

1. What is Plaintiff's business address?

2. When and where was Plaintiff incorporated?

3. Who are the current officers and directors of Plaintiff?

4. Provide the name and address of any of Plaintiff's members who have attempted to access and use the subject premises in the past, but have been discriminated against because of architectural barriers in violation of the ADA.

5. For each member listed in answer to No. 3 above, provide:

    A. The date(s) and time(s) that each member visited the facility

    B. The purpose of the visit and duration of stay

    C. The names of any person(s) who accompanied the member

    D. The nature of the member's disability

    E. The architectural barriers personally observed or experienced

   F. Whether such member(s) took notes or made a contemporaneous record of these barriers, and if so, please attach a copy to these answers.

6. Please list any other Title III cases in which Plaintiff has been a party in this District.

               By:_____
               As its:

               _____
               Print Name

STATE OF FLORIDA
COUNTY OF _____

 BEFORE ME, the undersigned authority, on this day, personally appeared _____, as representative of Plaintiff, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

 SWORN TO AND SUBSCRIBED before me on this ____ day of _____, 2011.

               NOTARY PUBLIC

               _____
               Signature of Person Taking Acknowledgment
Notary Stamp           Print Name:
               Title: Notary Public
               Serial No. (if any):
               Commission Expires: